**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

TARA WILLIAMS,                                    CASE NO. CV-F-03-6314 REC LJO

        Plaintiff,                    ORDER TO SET STATUS CONFERENCE

vs.

STATE OF CALIFORNIA, et al.,                      Date:   July 26, 2005
                                                  Time:  8:15 a.m.
        Defendants.                   Dept.:  6 (LJO)

_____/

      This Court conducted an April 26, 2005 status conference during which counsel for plaintiff Tara Williams explained that service of process on defendant Sam Caldwell by publication had been accomplished.  Plaintiff's counsel committed to diligently seek default entry and judgment against defendant Caldwell.  As such, this Court:

      1.    SETS a status conference for July 26, 2005 at 8:15 a.m. in Department 6 (LJO) to address default entry and judgment.  Counsel may appear at the conference by telephoning the Court at (559) 498-7322; and

      2.    ORDERS plaintiff's counsel to forthwith seek default entry and judgment against defendant Caldwell.

      IT IS SO ORDERED.

**Dated:   April 26, 2005**                    _____/s/ Lawrence J. O'Neill_____
66h44d                                         UNITED STATES MAGISTRATE JUDGE

1