UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

TARA WILLIAMS,

             Plaintiff,

    vs.

SAM CALDWELL,

             Defendant.

_____/

**1:03-cv-6314 REC LJO**

**ORDER TO SHOW CAUSE RE NON-COMPLIANCE WITH ELECTRONIC FILING REQUIREMENT (L.R. 5-133)**

        TO:  NEIL J. FRASER

        YOU ARE DIRECTED TO SHOW CAUSE by affidavit or certificate why sanctions should not be imposed for your failure to comply with the court's electronic filing requirements.  Such affidavits or certificates are to be filed within 11 days of service of this order.

        DATED:  June 23, 2005

                           /s/ Robert E. Coyle
                           ROBERT E. COYLE
                           U.S. District Judge