IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA WILLIAMS, | CASE NO. CV-F-03-6314 REC LJO |
| Plaintiff, | **ORDER TO SET STATUS CONFERENCE** |
| vs. | |
| STATE OF CALIFORNIA, et al., | Date: September 23, 2005 |
| | Time: 8:15 a.m. |
| Defendants. | Dept.: 6 (LJO) |

This Court conducted a July 26, 2005 status conference. Plaintiff appeared by telephone by counsel Neil Fraser. Plaintiff has sought entry of default against the remaining defendant, Sam Caldwell. The Court instructed counsel to seek default judgment, supported by declarations and points and authorities, after the default has been entered. For good cause, the Court:

1. SETS a status conference for September 23, 2005 at 8:15 a.m. in Department 6 (LJO). Counsel may appear at the conference by telephoning the Court at (559) 498-7322; and
2. If default has been entered and plaintiff has filed an appropriate motion for default judgment before the status conference, the conference will be automatically vacated.

IT IS SO ORDERED.

**Dated:    July 26, 2005**                    /s/ Lawrence J. O'Neill
b9ed48                                          UNITED STATES MAGISTRATE JUDGE