1
2
3
4
5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    TARA WILLIAMS,                          CASE NO. CV-F-03-6314 REC LJO

10              Plaintiff,              **ORDER VACATING STATUS CONFERENCE**
                        vs.
11
     STATE OF CALIFORNIA, et al.,
12
              Defendants.
13   _____/

14          At the request of plaintiff's counsel, the Court VACATES the September 23, 2005 status

15   conference.  The Court notes that it has devoted an inordinate amount of time to the straightforward

16   completion of this uncontested case.  Therefore, for good cause, the Court:

17          1.      ORDERS plaintiff's counsel to obtain default entry and to seek judgment against

18                  defendant Caldwell within 20 days of the service of this order. The Court had previously

19                  instructed counsel to seek default judgment, supported by declarations and points and

20                  authorities, after the default has been entered.

21          2.      **Counsel is admonished that failure to comply with this order to obtain default and**

22                  **to submit a proper motion for default judgment within 20 days will result in this**

23                  **Court's recommendation to dismiss the case.**

24   IT IS SO ORDERED.

25   **Dated:    September 22, 2005**            _____/s/ Lawrence J. O'Neill_____
     b9ed48                                     UNITED STATES MAGISTRATE JUDGE
26

27

28

                                        1