IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA WILLIAMS, | CASE NO. CV-F-03-6314 AWI LJO |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S REQUEST FOR COURT DEFAULT JUDGMENT** |
| vs. | |
| STATE OF CALIFORNIA, et al., | |
| Defendant. | |

On August 29, 2006, the Magistrate Judge filed findings and recommendations herein which were served on the parties who have appeared in this matter and which contained notice that any objections to the findings and recommendations were to be filed within ten days of the date of service thereof. The parties have not filed timely objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), Fed.R.Civ.P. 72(b) and Local Rule 73-304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

/////

/////

/////

/////

1

1     Accordingly, the Court HEREBY ORDERS as follows:

2     1.    The findings and recommendations, August 29, 2006, are ADOPTED in full; and

3     2.    This Court GRANTS plaintiff a $50,000 default judgment for compensatory damages and punitive damages of $25,000 against defendant Sam Caldwell.

IT IS SO ORDERED.

**Dated:**   **September 15, 2006**        **/s/ Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE