# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA WILLIAMS,<br><br>**Plaintiff**<br><br>v.<br><br>STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS, and SAM CALDWELL<br><br>**Defendants** | CASE NO. 1:03-CV-6314 AWI new<br><br>ORDER ON REQUEST AND APPLICATION FOR RENEWAL OF JUDGMENT<br><br>(Doc. Nos. 45, 46) |

On September 18, 2006, this Court adopted a Findings and Recommendation and granted default judgment in favor of Plaintiff and against Defendant Sam Rockwell for $75,000 ($50,000 in compensatory damages and $25,000 in punitive damages). See Doc. No. 44. The case was closed on October 13, 2006.[1]

On August 29, 2016 and August 30, 2016, Plaintiff requested a renewal of judgment and filed a formal application for renewal. See Doc. Nos. 29, 30. In her renewal application, Plaintiff includes *inter alia* a request for costs in the amount of $1,000.00. See Doc. No. 30. However, costs were never awarded in this matter. Therefore, Plaintiff's request for $1,000.00 in costs is improper. Because Plaintiff has requested costs that were not awarded, the Clerk's office will not grant Plaintiff's application for a renewal.

The Court will deny Plaintiff's application without prejudice to submitting a new application for a renewal of judgment. If Plaintiff chooses to file a new application for renewal of judgment, she shall not include a request for costs because no costs were awarded in this case.

---

[1] A separate judgment was not entered. By operation of Federal Rule of Civil Procedure 58, the Court's order adopting the Findings and Recommendation and awarding default judgment is the judgment in this case, and that judgment was deemed entered 150 days after the order was filed. See Fed. R. Civ. P. 58(c)(2)(B); Kremen v. Cohen, 609 Fed. Appx. 945, 946 (9th Cir. 2014); Mondragon v. Thompson, 519 F.3d 1078, 1081-82 (10th Cir. 2008).

1 ORDER

2     Accordingly, IT IS HEREBY ORDERED that Plaintiff's request and application for
3 renewal of judgment (Doc. Nos. 45, 46) are DENIED without prejudice to Plaintiff submitting a
4 new application for renewal, consistent with this order.

6 IT IS SO ORDERED.

7 Dated:   September 16, 2016                          
                                          SENIOR DISTRICT JUDGE